DOMINICK SPRADA, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Sprada* v. *International Railway Co.*, 173 App. Div. 1003, affirmed.

(Argued November 26, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered June 5, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that prior to the 12th day of April, 1913, the defendant negligently, wrongfully and unlawfully placed, constructed and maintained an obstruction in Broadway near Sobieski street, consisting of earth, dirt, ashes and other material three feet high, ten feet long and six feet wide between the tracks and the curb on the north side of the street, constituting a nuisance and menace to the people using this street and was a wrongful and unlawful obstruction therein; that on the 12th day of April, 1913, plaintiff was driving westerly on Broadway in a prudent manner when the horse he was driving became frightened and ran away and over this pile of dirt and threw plaintiff to the pavement, fracturing his right leg.

*Harold S. Brown* for appellant.

*La Fay C. Wilkie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and MCLAUGHLIN, JJ. Not sitting: ANDREWS, J.